EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Violent Crime Section

EDRIC M. CHING #6697
Assistant U.S. Attorney
Room 6-100 PJKK, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Edric.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 28 2003

at 3 o'clock and 30 min. P M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>            Plaintiff,        )<br>                              )<br>    vs.                       )<br>                              )<br>VICTOR DAGAN,                 )<br>                              )<br>            Defendant.        )<br>_____) | CR. NO. CR03-00269HG<br><br>INDICTMENT<br><br>[49 U.S.C. §46504] |

INDICTMENT

[49 U.S.C. §46504]

The Grand Jury charges:

That on or about May 14, 2003, in the Special Aircraft Jurisdiction of the United States, that is, Philippines Airlines Flight #PR113, which departed Los Angeles, California, and arrived in Honolulu, Hawaii, and outside the jurisdiction of any

particular State or District, VICTOR DAGAN, the defendant, did assault and intimidate a flight attendant, to wit, Angela Valenzuela, thereby interfering with the performance of said flight attendant's official duties and lessening the ability of the flight attendant to perform her said duties.

All in violation of Title 49, United States Code, Section 46504.

DATED: Honolulu, Hawaii, May 28, 2003.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

[signature]
RONALD G. JOHNSON
Chief, Violent Crime Section

[signature]
EDRIC M. CHING
Assistant U.S. Attorney

UNITED STATES vs. VICTOR DAGAN
Cr. No. _____
"Indictment"